UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH EVERARD, on
behalf of himself and on
behalf of others
similarly situated,

   Plaintiff,
v.           Case No.:  8:21-cv-02596

CHECKMATE RECOVERY
SERVICE LLC; and
CHRISTOPHER SCRIVANO,
an individual,

   Defendant.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

  Plaintiff, JOSEPH EVERARD, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses Plaintiff's Complaint [ECF No. 1], without prejudice.

  Dated this 28th day of January, 2022.

           Respectfully submitted,

           *s/ Donna V. Smith*
           **DONNA V. SMITH**
           Florida Bar Number: 661201
           **DANIEL E. KALTER**
           Florida Bar Number: 1025094
           **WENZEL FENTON CABASSA, P.A.**
           1110 N. Florida Avenue, Suite 300
           Tampa, Florida 33602
           Main Number: 813-224-0431
           Direct Dial: (813) 386-0995
           Facsimile: 813-229-8712
           Email: dsmith@wfclaw.com
           Email: dkalter@wfclaw.com
           Email: rcooke@ wfclaw.com
           **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of January, 2022, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Checkmate Recovery Service, LLC
c/o Christopher Scrivano, R.A.
100 S. Ashley Drive
Tampa, FL 33602

                                            *s/ Donna V. Smith*
                                            **DONNA V. SMITH**